IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY J. ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3274 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AMANDA JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 16, the motion for leave to amend, filed by the plaintiff.  In filing no. 16, the plaintiff requests leave to amend his complaint to clarify that he is suing defendant Matney in his official capacity.  After review of the record, filing no. 16 is granted.  The record will reflect that the plaintiff is suing defendant Matney in his official capacity.

    SO ORDERED.

    DATED this 16th day of June, 2006.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge